**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **STANLEY CARNELL KENDRICKS,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:05-CV-1722-N** |
| | § | |
| **NATHANIEL QUARTERMAN,  Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| **Respondent** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters in this case, including the Findings, Conclusions and

Recommendation of the United States Magistrate Judge and any objections thereto, in accordance

with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and

Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and

Conclusions of the Court, except as follows.  The Director notes that Kendricks did not renew his

ineffective assistance of counsel claim with respect to his conviction for bail jumping and failure

to appear in his subsequent state habeas corpus proceedings, and objects that that claim should be

dismissed without prejudice as unexhausted, rather than dismissed as procedurally barred.  The

Court sustains this objection and modifies the recommendation accordingly.

Signed May 1, 2008.

**UNITED STATES DISTRICT JUDGE**